1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA B. KANE (CABN 150630)
   Chief, Criminal Division
4
   GARTH HIRE (CABN 187330)
5  Assistant United States Attorney

6     1301 Clay Street, Suite 340-S
      Oakland, California 94612-5217
7     Telephone:  (510) 637-3929
      Facsimile:  (510) 637-3724
8     E-Mail:     Garth.Hire@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 10-00441 PJH
                                    )
14      Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING STATUS
15      v.                          )   CONFERENCE AND EXCLUDING TIME
                                    )
16 ANTONIO JAMEL JERMAINNE          )
   REESE,                           )
17                                  )
        Defendant.                  )
18 _____)

19
        Plaintiff, by and through its attorney of record, and defendant, by and through his attorney
20
   of record, hereby stipulate and ask the Court to find as follows:
21
        1.   A status conference in this matter is currently scheduled for 10 a.m. on Tuesday,
22
   December 15, 2010, before this Court.
23
        2.   The parties request that this hearing be continued until 10 a.m. on Wednesday,
24
   January 19, 2011, in order to provide defendant's counsel with additional time to review the
25
   discovery produced and to evaluate the evidence in this case and determine whether or not
26
   defendant should enter a change of plea or file motions and to prepare for trial in this matter.
27

28
   STIPULATION AND ORDER RESCHEDULING
   HEARING; EXCLUDING TIME

3. Specifically, defendant's counsel needs the continuance in order to review discovery with defendant (including numerous police reports, laboratory and examination reports, and audio recordings), investigate the case, and develop a motions and/or trial strategy in light of the discovery. The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4. Thus, the parties respectfully request that the Court find that the time period from December 15, 2010, to January 19, 2011, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: December 13, 2010      ____/s/_____
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: December 13, 2010      ____/s/_____
ANGELA HANSEN

Attorney for Defendant
Antonio Jamel Jermainne Reese

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                    2

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled December 15, 2010, status conference hearing is vacated. A status conference hearing is now scheduled for 10:00 a.m. on January 19, 2011, before this Court, to allow defendant's counsel additional time to effectively prepare for trial by reviewing discovery with defendant (including numerous police reports, laboratory and examination reports, and audio recordings), investigating the case, and developing a motions and/or trial strategy in light of the discovery.

2. The time period from December 15, 2010, to January 19, 2011, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, as set forth above, taking into account due diligence.

DATED: 12/14/10

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                    3