MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3929
    Facsimile:   (510) 637-3724
    E-Mail:       Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00441 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| ANTONIO JAMEL JERMAINNE REESE, | |
| Defendant. | |

    Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

    1.    A status conference in this matter is currently scheduled for 9:30 a.m. on Monday, February 28, 2011, before this Court.

    2.    The parties request that this hearing be continued until 9:30 a.m. on Monday, March 28, 2011, in order to provide defendant's counsel with additional time to conduct further investigation of defendant's criminal history in light of the results of a pre-plea pre-sentence report regarding defendant's criminal history prepared by the United States Probation Office.

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

3. Specifically, defendant's counsel needs the continuance in order to obtain and review documents related to defendant's juvenile criminal record. The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4. Thus, the parties respectfully request that the Court find that the time period from February 28, 2011, to March 28, 2011, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: February 24, 2011

/s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: February 24, 2011

/s/
ANGELA HANSEN

Attorney for Defendant
Antonio Jamel Jermainne Reese

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled February 28, 2011, status conference hearing is vacated. A status conference hearing is now scheduled for 9:30 a.m. on March 28, 2011, before this Court, to allow defendant's counsel additional time to effectively prepare for trial by obtaining and reviewing documents related to defendant's juvenile criminal record and to develop a motions and/or trial strategy in light of that material.

2. The time period from February 28, 2011, to March 28, 2011, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, as set forth above, taking into account due diligence.

DATED: 2/25/2011

HONORABLE ~~LAUREL BEELER~~ DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                    3