STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant REESE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>ANTONIO REESE,  )<br>  )<br>Defendant.  )<br>  )<br>  ) | No. CR-10-00441 PJH<br><br>STIPULATED REQUEST TO ADVANCE INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION TO OCTOBER 27, 2015 AND [P~~ROPOSED~~] ORDER<br><br>Date: October 28, 2015<br>Time: 9:30 a.m.<br><br>**The Hon. Donna M. Ryu** |

The above-captioned matter is set on October 28, 2015 for an initial appearance on a supervised release violation based on new allegations in an Amended Probation Form 12 Petition charging that Mr. Reese violated the terms of his release. The parties jointly request that the Court advance this matter to October 27, 2015 because Mr. Reese is unavailable the morning of October 28, 2015.

Mr. Reese was summonsed to appear on an Amended Form 12 Petition. Mr. Reese is a college student and informed defense counsel that he has final exams the morning of Wednesday, October 28, 2015. For this reason, he requests that his initial appearance date be advanced to Tuesday, October 27, 2015. The parties are available on October 27, 2015, and Officer Shaheen Shan has advised the parties that she will have another officer cover the initial appearance date.

1     Because this case involves an allegation that Mr. Reese violated the terms of his supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not apply.

DATED: October 26, 2015

        /S/
GARTH HIRE
Assistant United States Attorney

DATED: October 26, 2015

        /S/
ANGELA M. HANSEN
Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

    1.    Given that an Amended Probation Form 12 petition has been filed alleging that Mr. Reese violated the terms of his supervised release;

    2.    Given that Mr. Reese is unavailable to appear on the date of the summons because of his college final exams;

    3.    Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the October 28, 2015 supervised release violation hearing date is vacated and reset to October 27, 2015, at 9:30 a.m.

IT IS SO ORDERED.

October 26, 2015

_____
DONNA M. RYU
United States Magistrate Judge